IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUREEN BETTON,<br>1408 Delafield Pl, NW<br>Washington, DC 20011<br><br>    Plaintiff,<br><br>v.<br><br>MEDSTAR WASHINGTON HOSPITAL<br>CENTER CORP.<br>110 Irving Street, NW<br>Washington, DC 20010<br><br>    Defendant. | Civil Action No. _____ |

## NOTICE OF REMOVAL

Defendant Medstar Washington Hospital Center Corp. ("MWHC" or "Defendant"), by counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, files this Notice of Removal of a civil action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. In support of this Notice, MWHC states the following grounds for removal:

1.    On or about March 1, 2021, Plaintiff Maureen Betton ("Plaintiff") filed a Complaint against MWHC in the Superior Court of the District of Columbia (Case No. 2021 CA 000619 B). In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, documents, and orders of which Defendant is aware is attached as Exhibit 1.

2.    On April 30, 2021, Plaintiff served the Complaint on MWHC.

3.    MWHC has not served any answer or responsive pleading to Plaintiff's Complaint, nor made any appearance or argument before the Superior Court of the District of Columbia in

this matter.

4. MWHC submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

5. Removal of this case is proper under 28 U.S.C. § 1441(a), which provides in part that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Plaintiff's Complaint purports to assert claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*. (Counts III and IV). Accordingly, this Court has original jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1331, and Defendant may remove the matter pursuant to 28 U.S.C. § 1441(c). This Court has supplemental jurisdiction over Plaintiff's remaining claims pursuant to 28 U.S.C. § 1367.

7. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1441(a). The Superior Court of the District of Columbia is located within this District and cases arising in the District of Columbia are properly assigned to this Court.

8. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt by Defendant of the initial pleading, and before any proceedings were had concerning the Complaint in the Superior Court of the District of Columbia.

9. Contemporaneously with this filing, Defendant is also filing a Notice of Filing of Notice of Removal with the Clerk of the Superior Court of the District of Columbia, as required by 28 U.S.C. § 1446(d). A true and correct copy of the Notice of Filing of Notice of Removal is attached as Exhibit 2. Promptly upon this filing, Defendant is giving written notice of the removal of this action to Plaintiff by serving her counsel as further required by 28 U.S.C. § 1446(d).

WHEREFORE, MWHC respectfully requests that this action be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

                                          Respectfully submitted,

                                        **JACKSON LEWIS P.C.**

Dated: May 20, 2021            By:    /s/ Meredith F. Bergeson
                                                    Donald E. English, Jr. (D.C. Bar No. 470756)
                                                    2800 Quarry Lake Drive, Suite 200
                                                    Baltimore, MD 21209
                                                    (410) 415-2007 – Phone
                                                    (410) 415-2001 – Fax
                                                    donald.english@jacksonlewis.com

                                                    Meredith F. Bergeson (D.C. Bar No. 241423)
                                                    10701 Parkridge Boulevard, Suite 300
                                                    Reston, Virginia 20191
                                                    (703) 483-8300 – Phone
                                                    (703) 483-8301 – Fax
                                                    meredith.bergeson@jacksonlewis.com

                                                    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 20, 2021, a true and accurate copy of Defendant's *Notice of Removal* was electronically filed with the Clerk's Office using this Court's CM/ECF system and served by U.S. mail, postage prepaid, upon the following:

>Alan Lescht, Esq.
>1825 K Street NW, Suite 750
>Washington, DC 20006
>Tel: (202) 463-6036
>Fax: (202) 463-6067
>alan.lescht@leschtlaw.com
>
>*Counsel for Plaintiff*

By: /s/ Meredith F. Bergeson
Meredith F. Bergeson (D.C. Bar No. 241423)
10701 Parkridge Boulevard, Suite 300
Reston, Virginia 20191
(703) 483-8300 – Phone
(703) 483-8301 – Fax
meredith.bergeson@jacksonlewis.com

*Counsel for Defendant*