## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAUREEN BETTON,<br>         Plaintiff,<br>     v.<br>MEDSTAR WASHINGTON HOSPITAL<br>CENTER CORPORATION,<br>         Defendant. | Civil Action No. 21-1391 (CKK) |

**ORDER**
(February 9, 2023)

In light of the parties' [30] Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 9th day of February 2023, hereby

**ORDERED** that this case is **DISMISSED with prejudice**. It is further **ORDERED** that all pending motions are **WITHDRAWN** by the parties and **TERMINATED**.

**SO ORDERED.**

Dated: February 9, 2023

                                                              /s/
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge